IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESS T. MOTEN, | ) | 1:07-CV-0924 AWI WMW PC |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| vs. | ) | |
| | ) | |
| DARREL G. ADAMS, et al., | ) | CLERK'S OFFICE DIRECTED TO MAIL A NEW APPLICATION TO PROCEED IN FORM A PAUPERIS |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 2, 2007, the court ordered plaintiff to submit an application to proceed in forma pauperis **or** pay the $350.00 filing fee.  On July 19, 2007, plaintiff submitted an application to proceed in forma pauperis.  However, plaintiff's application to proceed in forma pauperis was not in the proper form, and did not include the required original signature by an authorized officer of the institution of incarceration.  Plaintiff will not be required to re-submit a certified copy of his prison trust account statement.  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, **or** in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 31, 2007**　　　　　　　　　　／s／  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE