1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE T. MOTEN,                    )          1:07-cv-00924 AWI WMW PC
                                        )
12          Plaintiff,                  )          ORDER RE MOTION
                                        )          FOR MARSHAL SERVICE
13          v.                          )          (DOCUMENT #7)
                                        )
14   DARREL G. ADAMS, et al.,           )
                                        )
15          Defendants.                 )
     _____)

16
            Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On
17
     July 30, 2007, plaintiff filed a motion for directing the marshal to effect service on the named
18
     defendants.  Pending before the court is plaintiff's complaint which has not yet been screened by the
19
     court. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for marshal service is premature
20
     and is DENIED as moot.
21
     IT IS SO ORDERED.
22
     **Dated:    August 22, 2007**              _____/s/  **William M. Wunderlich**_____
23                                              UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28