IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN, | |
|     Plaintiff, | 1: 07 CV 0924 AWI WMW PC |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#20) |
| DERRAL ADAMS, et al., | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF (#15) |
|     Defendants. | |
| _____/ | |

      Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On June 20, 2008, findings and recommendations were entered, recommending denial of Plaintiff's request for injunctive relief filed on November 13, 2007. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 20, 2008, are adopted in full; and

2. Plaintiff's request for injunctive relief filed on November 13, 2007 (Document #15), is denied.

IT IS SO ORDERED.

**Dated:**   **September 6, 2008**             /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE