IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

        Plaintiff,        1: 07 CV 0924 AWI WMW PC

  vs.                     ORDER RE MOTION (DOC 24)

D. ADAMS, et al.,

        Defendants.

      Plaintiff has requested an extension of time in which to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

**Dated:   February 25, 2009**                /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE