IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

      Plaintiff,　　　　　　　　1: 07 CV 00924 AWI YNS SMS (PC)

  vs.　　　　　　　　　　　　　ORDER

DERRAL ADAMS, et al.,

      Defendants.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2009, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted.  On June 8, 2009, Plaintiff filed objections to the findings and recommendations.

    The recommendations noted that despite numerous extensions of time, Plaintiff failed to file an amended complaint.  The original complaint was dismissed with leave to amend.  In his objections, Plaintiff indicates that he filed an amended complaint.  He attaches as an exhibit to his objections a proof of service indicating that he mailed the amended complaint on May 6, 2009.  To date, the court has not received an amended complaint.

    The court will grant Plaintiff a thirty day extension of time in which to file an amended complaint.  Should Plaintiff fail to do so, the May 19, 2009, recommendation of dismissal will be

1 submitted to the District Court.

2     Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of

3 thirty days from the date of service of this order in which to file an amended complaint.

6 IT IS SO ORDERED.

7 **Dated:   June 15, 2009**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE