1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  JESSE T. MOTEN,                                      CASE NO. 1:07-cv-00924-AWI-YNP PC

10                       Plaintiff,                     ORDER VACATING FINDINGS AND
                                                        RECOMMENDATION
11         v.
                                                        (Doc. 30)
12  DARREL G. ADAMS, et al.,

13                       Defendants.
                                                  /
14

15         Plaintiff Jesse T. Moten ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2009, the Court issued

17  a findings and recommendation recommending that this action be dismissed for Plaintiff's failure

18  to state a claim upon which relief can be granted.  (Doc. #30.)  The Court found that Plaintiff's

19  complaint had been screened and dismissed in a prior order.  Plaintiff was given leave to amend, but

20  Plaintiff had not filed an amended complaint within the applicable deadline.  Thus, the Court

21  recommended dismissal of the action.

22         Plaintiff filed an objection to the findings and recommendation on June 8, 2009.  (Doc. #31.)

23  Plaintiff has been granted numerous extensions of time, and Plaintiff filed an amended complaint

24  on August 27, 2009.  (Doc. #39.)  Therefore, the Court will vacate its findings and recommendation.

25         Accordingly, It is HEREBY ORDERED that the Court's May 19, 2009 is VACATED.

26  IT IS SO ORDERED.

27  **Dated:    February 4, 2010**                    **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE
28

1