# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MOTEN, | CASE NO. 1:07-cv-924-AWI-MJS (PC) |
| Plaintiff, | ORDER TO DEFENDANT GONZALES TO PRODUCE DOCUMENT IN CONNECTION WITH HIS MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS |
| v. | |
| DARRELL G. ADAMS, et al. | |
| Defendants. | |

Plaintiff Jesse Moten ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on June 27, 2007. (ECF No. 1.) Plaintiff filed a Second Amended Complaint on March 11, 2011. (ECF No. 55.) The Court screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A and allowed the action to continue only on his excessive force claim against Defendant Gonzales. (ECF Nos. 56 & 57.). These Findings and Recommendation were adopted, and the Court ordered service on Defendant Gonzales. (ECF Nos. 59 & 70.)

On December 12, 2011, Defendant Gonzales filed a motion to revoke Plaintiff's in forma pauperis status and dismiss this action. (ECF No. 77.) Defendant claims that Plaintiff already has had three in forma pauperis actions dismissed and so, under 28 U.S.C. § 1915, should not be permitted to proceed in that fashion here. One of the cases Defendant Gonzales argues should be counted as a strike under 28 U.S.C. § 1915(g), is

1 Moten v. Garcia, N.D. Cal. 03-cv-1581.  Defendant provided the docket for that matter but
2 not the order dismissing the action.   Without the dismissal order, the Court cannot
3 determine whether the dismissal should be counted as a strike.
4     Accordingly, Defendant Gonzales is ORDERED to produce, within thirty days of
5 entry of this Order, the order dismissing Moten v. Garcia, N.D. Cal. 03-cv-1581.  Plainitff
6 will have ten days after Defendant responds to this order to file an opposition to
7 Defendant's motion.

10 IT IS SO ORDERED.
11 Dated:    February 10, 2012         /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE