# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN, | Case No. 1:07-cv-0924-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR CASE STATUS REVIEW |
| v. | ECF No. 92 |
| DARREL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Jesse T. Moten ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 27, 2007. (ECF No. 1.) The action was closed on August 13, 2012. (ECF Nos. 86, 87.)

On May 2, 2013, Plaintiff filed a motion for case status review and for a copy of the docket sheet in this case. (ECF No. 92.) Since this action has long been closed,

///
///
///
///

1

1 | there is no pending status nor anything to report to Plaintiff about it or its docket.

2 |     Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   September 9, 2013      /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE