# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>            Plaintiff,<br><br>      v.<br><br>DARREL G. ADAMS, et al.,<br><br>            Defendants. | Case No.  1:07-cv-0924-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>ECF No. 94 |

Plaintiff Jesse T. Moten ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 27, 2007.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Plaintiff's motion for reconsideration be denied.  (ECF No. 94.)  Plaintiff has filed objections.  (ECF No. 100.)

///

///

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 29, 2013, are adopted in full; and
2. Plaintiff's motion for reconsideration (ECF No. 88) is DENIED with prejudice.

IT IS SO ORDERED.

Dated:   September 27, 2013

SENIOR DISTRICT JUDGE

2